# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: ) | |
| ) | |
| ROBERT FRANCIS MURPHY, ) | |
| ELIZABETH PATRICIA MURPHY, ) | |
| Debtors. ) | Case No. 08-22744-RDB-7 |

## REPORT OF SMALL DIVIDENDS IN CHAPTER 7
## PURSUANT TO LOCAL RULE 3010, SEC. 347 U.S. BANKRUPTCY CODE

Pursuant to Local Rule 3010, no dividend in an amount less than $5.00 shall be distributed by the Trustee to any creditor unless authorized by local rule or order of the Court. Any such dividend not distributed to a creditor shall be treated in the same manner as unclaimed funds as provided in Sec. 347 of the Code.

A check has been submitted by U.S. Regular, First-Class Mail made payable to the Clerk of the United States Bankruptcy Court, for deposit into the *Clerk's Registry Account* as unclaimed funds, representing the following small dividends under $5.00:

| Claim # | Creditor Name & Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| 3 | Gary Hardy Chrysler Dodge Jeep<br>c/o Valentine & Zimmerman, PA<br>112 West 7th Street, Suite 200<br>Topeka, KS 66603-3813 | $ 118.79 | $ 2.83 |
| 10 | PYOD LLC assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 153.63 | $ 3.66 |
| 14 | Recovery Management Systems Corp.<br>for GE Money Bank dba Paypal<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 178.93 | $ 4.26 |

*Respectfully Submitted:*
**GRIMES & REBEIN, L.C.**
By: s/ Steven R. Rebein
Steven R. Rebein, KS Bar 12958
15301 W. 87th Street Parkway, Ste 200
Lenexa, KS 66219
(913) 888-4800 - telephone
srebein@grimesandrebein.com
**CHAPTER 7 TRUSTEE**

## Check 105

**Steven R. Rebein, Trustee**
Grimes & Rebein, LC
15301 W. 87th St. Pkwy, Suite 200
Lenexa, KS  66219

**Union Bank**
445 South Figueroa Street, G08-070 / Los Angeles, California  90071

Claim 000003, Payment 2.38236%
Gary Hardy Chrysler, Dodge, Jeep
c/o Valentine & Zimmerman, P.A.
112 West 7th, Suite 200

**CHECK NUMBER**  105
**DATE**  05/01/10
**AMOUNT**  $***********2.83

| CASE NUMBER | DEBTOR |
|---|---|
| 08-22744  RDB | MURPHY, ROBERT FRANCIS<br>MURPHY, ELIZABETH PATRICIA |

**PAY TO THE ORDER OF**

United States Bankruptcy Court
KS

Two Dollars And 83/100

Void After 90 Days

⑆000105⑆ ⑈122000496⑈ 213124521⑆

---

## Check 112

**Steven R. Rebein, Trustee**
Grimes & Rebein, LC
15301 W. 87th St. Pkwy, Suite 200
Lenexa, KS  66219

**Union Bank**
445 South Figueroa Street, G08-070 / Los Angeles, California  90071

Claim 000010, Payment 2.38235%
PYOD LLC
assignee of Citibank
Resurgent Capital Services

**CHECK NUMBER**  112
**DATE**  05/01/10
**AMOUNT**  $***********3.66

| CASE NUMBER | DEBTOR |
|---|---|
| 08-22744  RDB | MURPHY, ROBERT FRANCIS<br>MURPHY, ELIZABETH PATRICIA |

**PAY TO THE ORDER OF**

United States Bankruptcy Court
KS

Three Dollars And 66/100

Void After 90 Days

⑆000112⑆ ⑈122000496⑈ 213124521⑆

---

## Check 115

**Steven R. Rebein, Trustee**
Grimes & Rebein, LC
15301 W. 87th St. Pkwy, Suite 200
Lenexa, KS  66219

**Union Bank**
445 South Figueroa Street, G08-070 / Los Angeles, California  90071

Claim 000014, Payment 2.38082%
Recovery Management Systems Corporation
For GE Money Bank dba Paypal
25 SE 2nd Ave Ste 1120

**CHECK NUMBER**  115
**DATE**  05/01/10
**AMOUNT**  $***********4.26

| CASE NUMBER | DEBTOR |
|---|---|
| 08-22744  RDB | MURPHY, ROBERT FRANCIS<br>MURPHY, ELIZABETH PATRICIA |

**PAY TO THE ORDER OF**

United States Bankruptcy Court
KS

Four Dollars And 26/100

Void After 90 Days

⑆000115⑆ ⑈122000496⑈ 213124521⑆